IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**PAIRRYN CLEMMONS,**

    **Plaintiff/Counter-Defendant,**

**vs.**                                                   **Civil No. 07-2069-P**
                                                              **JURY DEMANDED**

**ALLSTATE INSURANCE COMPANY,**

    **Defendant/Counter-Plaintiff.**

---

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

---

    Be it remembered this cause came to be heard before this Honorable Court, upon consent of the parties hereto and the entire record in this cause, from all of which it appears to the Court that the parties have amicably settled their differences and that the Plaintiff requests that her claim be dismissed with prejudice.

    **IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY CONSENT** that the above referenced and captioned cause is hereby dismissed with prejudice, with the costs being assessed to the Defendant for which let execution issue if necessary.  All this being both reasonable and proper.

                                                s/ Tu M. Pham
                                                TU M. PHAM
                                                United States Magistrate Judge

                                                December 4, 2007
                                                Date

2

APPROVED BY:

/s/ Randall J. Fishman
Randall J. Fishman (#7097)
Attorney for Plaintiff /Counter-Defendant
200 Jefferson Avenue, Suite 1250

Memphis, Tennessee 38103


/s/ Justin K. Thomas
Justin K. Thomas (#24747)
Attorney for Defendant/Counter Plaintiff
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489
HWNL File No. 2.3747

2