# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| PAIRRYN CLEMMONS,<br>    **Plaintiff/Counter-Defendant,** | JUDGMENT IN CIVIL CASE<br>CASE No.07cv2069-P |
| **V.** | |
| ALLSTATE INSURANCE COMPANY,<br>    **Defendant/Counter-Plaintiff.** | |

---

    **DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS SO ORDERED AND ADJOURNED** in accordance with the Consent Order of Dismissal With Prejudice, entered on December 4,2007,this cause is dismissed with prejudice with the costs being assessed to the Defendant for which let execution issue if necessary.


**APPROVED:**

s/Tu M. Pham
_____
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

December 4, 2007
_____
**Date**

Thomas M. Gould
_____
**Clerk of Court**

s/Wendy Warren
_____
**(By)    Deputy Clerk**